338

HOFFMAN, T. and K.

v.

SNELL, J.

2266 MDA 2015

Superior Court of Pennsylvania.

03/22/2017

345–CV–2009
(Bradford)

Affirmed

COM.

v.

TOBY, D.

1064 MDA 2016

Superior Court of Pennsylvania.

03/22/2017

CP–67–CR–0003199–2003
(York)

Affirmed

COM.

v.

RATLIFFE, R.

531 MDA 2016

Superior Court of Pennsylvania.

03/22/2017

CP–06–CR–0004932–2013
(Berks)

Affirmed

COM.

v.

DENNIS, J.

1506 MDA 2016

Superior Court of Pennsylvania.

3/22/2017

CP–44–CR–0000583–2015
(Mifflin)

Affirmed—Application to Withdraw as Counsel Granted